# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BEDWELL,<br><br>                          Plaintiff,<br><br>v.<br><br>FALLBROOK PLAZA LP and DOES 1-10,<br><br>                         Defendants. | Case No. 22-cv-93-MMA (AHG)<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Doc. No. 4] |

On May 13, 2022, attorney Laura A. Steven filed a motion to withdraw as counsel of record for Plaintiff Shawn Bedwell ("Plaintiff"). *See* Doc. No. 4. The motion is unopposed to date. *See* Docket. Plaintiff represents, and the docket reflects, that Plaintiff continues to be represented in this matter by two other attorneys. *See id.*; Doc. No. 4. The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to terminate Laura A. Steven as attorney of record for Plaintiff.

      **IT IS SO ORDERED**.

Dated: May 20, 2022

                                                            HON. MICHAEL M. ANELLO<br>
                                                            United States District Judge